SAMSON MARKET CO., INC. *v.* KIRBY, DIREC-
TOR, DEPARTMENT OF ALCOHOLIC BEV-
ERAGE CONTROL OF CALIFORNIA.

No. 181.   Decided October 14, 1968.

*Jacques Leslie* and *Lawrence Teplin* for appellant.

*Thomas C. Lynch,* Attorney General of California, and *Warren H. Deering* and *Henry G. Ullerich,* Deputy Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MARTONE *v.* MORGAN ET AL.

No. 216.   Decided October 14, 1968.

*J. Minos Simon* for appellant.

*Ashton L. Stewart,* Special Assistant Attorney General of Louisiana, and *Wesley Wirtz,* Assistant Attorney General, for appellees.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.

MR. JUSTICE BLACK dissents.